**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

**Civil Action No.** 2:14-cv-17614

---

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named

below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference.

Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Carrie Davis

2. Plaintiff's Spouse (if applicable)

   Aaron Matthew Davis

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _____

4. State of Residence

   CA

5. District Court and Division in which venue would be proper absent direct filing.

   California Central District Court

   _____

6. Defendants (Check Defendants against whom Complaint is made):

   ☒   A. Ethicon, Inc.

   ☒   B. Johnson & Johnson

Revised: 1/4/13

☐      C.   American Medical Systems, Inc. ("AMS")

☐      D.   Boston Scientific Corporation

☐      E.   C. R. Bard, Inc. ("Bard")

☐      F.   Sofradim Production SAS ("Sofradim")

☐      G.   Tissue Science Laboratories Limited ("TSL")

☐      H.   Mentor Worldwide LLC

☐      I.   Coloplast Corp.

☐      J.   Cook Incorporated

☐      K.   Cook Biotech, Inc.

☐      L.   Cook Medical, Inc.

☐      M.   Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐      N.   Neomedic International, S.L.

☐      O.   Neomedic Inc.

☐      P.   Specialties Remeex International, S.L.

7.   Basis of Jurisdiction

☑      Diversity of Citizenship

☐      Other: _____

A.   Paragraphs in Master Complaint upon which venue and jurisdiction lie:

9, 10, and 11 _____

_____

_____

2

B. Other allegations of jurisdiction and venue:

_____

_____

_____

_____

8.  Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

- ☑ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☐ TVT
- ☐ TVT-Obturator (TVT-O)
- ☐ TVT-SECUR (TVT-S)
- ☐ TVT-Exact
- ☐ TVT-Abbrevo
- ☐ Other

  _____

  _____

9.  Defendants' Products about which Plaintiff is making a claim.  (Check applicable products):

- ☑ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☐ TVT

☐      TVT-Obturator (TVT-O)

☐      TVT-SECUR (TVT-S)

☐      TVT-Exact

☐      TVT-Abbrevo

☐      Other

_____

_____

10. Date of Implantation as to Each Product:

Gynecare Prolift - 5/19/2008

_____

_____

11.  Hospital(s) where Plaintiff was implanted (including City and State):

Gynecare Prolift - Inland Valley Medical Center, located in Wildomar, CA

_____

12. Implanting Surgeon(s):

Gynecare Prolift - Dr. Narissa Safie

_____

13. Counts in the Master Complaint brought by Plaintiff(s):

☑      Count I – Negligence

☑      Count II – Strict Liability – Manufacturing Defect

☑      Count III – Strict Liability – Failure to Warn

☑      Count IV – Strict Liability – Defective Product

☑    Count V – Strict Liability – Design Defect

☑    Count VI – Common Law Fraud

☑    Count VII – Fraudulent Concealment

☑    Count VIII – Constructive Fraud

☑    Count IX – Negligent Misrepresentation

☑    Count X – Negligent Infliction of Emotional Distress

☑    Count XI – Breach of Express Warranty

☑    Count XII – Breach of Implied Warranty

☑    Count XIII – Violation of Consumer Protection Laws

☑    Count XIV – Gross Negligence

☑    Count XV – Unjust Enrichment

☑    Count XVI – Loss of Consortium

☑    Count XVII – Punitive Damages

☑    Count XVIII – Discovery Rule and Tolling

☐    Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

_____

_____

Respectfully submitted,

/s/ Derek H. Potts

Derek H. Potts        MO #44882
Timothy L. Sifers    MO #49386
Patricia L. Campbell MO #60917
The Potts Law Firm, LLP
908 Broadway, 3rd Floor
Kansas City, MO 64105
Email: dpotts@potts-law.com
Email: tsifers@potts-law.com
Email: pcampbell@potts-law.com
 (816) 931-2230 Telephone
(816) 931-7030 Facsimile
**Attorneys for Plaintiffs**

6